UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMI HUNTZINGER,<br><br>                    Plaintiff,<br><br>     v.<br><br>RCCH TRIOS HEALTH LLC,<br><br>                    Defendant. | NO: 4:22-CV-5054-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Motion for Dismissal with Prejudice. ECF No. 16. The stipulation is filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and provides for the dismissal of all claims and causes of action against Defendant in the above-captioned case with prejudice and without costs or attorneys' fees to either party. The Court has reviewed the record and files herein and is fully informed.

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice and without costs or attorneys' fees to either party.

The District Court Executive is directed to enter this Order and Judgment accordingly, furnish copies to counsel, and **CLOSE** the file.

DATED March 15, 2023.



THOMAS O. RICE
United States District Judge